# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Mark Sciumeca**  :  **Bk. No.: 11 – 17348 – elf**
: **Chapter 7**
:

## ORDER

AND NOW, this   15th   day of   November   , 2017 upon review of Debtor's Motion to Reopen and after a hearing, it is hereby ORDERED that the Motion is GRANTED.  The case is **REOPENED** to permit the Debtor to file the reaffirmation agreement that he entered into prior to the entry of the discharge order.  Upon the filing of the reaffirmation agreement, the Clerk shall **RE-CLOSE** the case.  If the reaffirmation agreement has not been filed as of **January 19, 2017**, the Clerk shall RE-CLOSE the case.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**