IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Mark Sciumeca      :      Bk. No.: 11 – 17348 elf
                       :
                       :

**Motion to Withdraw Pursuant to Local Bankruptcy Rule 2091 -1**

Demetrius J. Parrish, Jr., Esquire hereby moves this Court for an Order for Leave to Withdraw as counsel.  In support of this motion, Counsel avers as follows:

1. On October 11, 2017, Counsel entered his appearance in place of Michael A. Cataldo, Esquire.

2. Debtor retained counsel for the purpose of reopening this matter to file a reaffirmation agreement.

3. Thereafter, on November 15, 2017, this Court, reopened the above – captioned chapter 7 bankruptcy.

4. Despite, reopening the case, debtor and counsel disagree with the path forward.

5. On January 19, 2018, Debtor elected to proceed pro se without consulting counsel.

6. Counsel believes and therefore avers that, henceforth, debtor is better served proceeding pro se.

WHEREFORE, Counsel, Demetrius J. Parrish, Jr., Esquire requests that this Court grant leave to withdraw as debtor's counsel.

Date: January 22, 2018

Respectfully Submitted:
/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827-5420 f